IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO REED,

      Plaintiff,                    No. CIV S-06-1050 LKK KJM P

      vs.

SCOTT KERNAN, et al.,

      Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 13, 2007. Plaintiff has also requested an order directing the institution to put him on single-cell status, grant him ten hours of law library time a week, and give him access to his legal materials, all so he can prepare his amended complaint.

        Plaintiff claims that he has not been given access to his legal materials since he was placed in administrative segregation in August 2006 and that correctional officers falsely claim that he has not submitted the appropriate forms to secure access. Plaintiff has not attached any requests or otherwise shown that he has pursued administrative channels to secure access to his legal materials. In addition, he has not explained why he is unable to draft an amended complaint without having access to the law library. Finally, although plaintiff speculates that

/////

1  prison authorities have denied him single cell status as a means of keeping him separated from
2  his legal materials, he has presented nothing supporting the contention.
3       IT IS HEREBY ORDERED that:
4       1. Plaintiff's May 8 and June 22, 2007 requests for an extension of time are
5  granted.
6       2. Plaintiff is granted sixty days from the date of this order in which to file an
7  amended complaint.
8       3. Plaintiff's May 8, 2007 request for access to his legal materials is denied.
9       4. Plaintiff's June 22, 2007 request for access to his legal materials and to the law
10 library and for single cell status is denied.
11 DATED: July 2, 2007.

_____
U.S. MAGISTRATE JUDGE

2/mp
reed1050.36(2)